## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRENT TIGLER** | **CIVIL ACTION NO. 3:18-CV-01102** |
| **VERSUS** | **JUDGE JACKSON** |
| **STARR INDEMNITY & LIABILITY COMPANY, R & A CARRIERS, INC., AND ALFREDO AYALA** | **MAGISTRATE BOURGEOIS** |
| | **JURY DEMAND** |

## REVISED NOTICE OF SETTLEMENT

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Brent Tigler, and Defendant, Starr Indemnity & Liability Company, who hereby give notice to the Court that the parties reached a settlement through mediation on November 22, 2019. Plaintiff has agreed to settle all claims against Defendant with a release to be drafted and signed, payment made and a motion to dismiss filed, all within 30 days. Plaintiff's counsel was contacted regarding this notice and he expressly approved of same and to affix his signature thereon.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Roderick Alvendia* | */s/ Darrell K. Cherry* |
| Roderick "Rico" Alvendia (#25554) | Darrell K. Cherry (#04036) |
| rico@akdlalaw.com | dcherry@deutschkerrigan.com |
| **LAW OFFICES OF ALVENDIA, KELLY & DEMAREST** | **DEUTSCH KERRIGAN, L.L.P.** |
| 909 Poydras Street, Suite 1625 | 755 Magazine Street |
| New Orleans, Louisiana 70112 | New Orleans, Louisiana 70130 |
| Telephone: 504.200.0000 | Telephone: 504 581 5141 |
| | Facsimile: 504 566 1201 |
| *Counsel for Plaintiff,* | *Counsel for Defendant,* |
| *Brent Tigler* | *Starr Indemnity & Liability Company* |

8978070v1